# SPECIAL ORDERS

In this section are orders of the Court of general
interest to the bench and bar of the state.

*Order Entered February 7, 2007:*

KACZYNSKI V ANDERSON, Docket No. 268529. The Court orders that a
special panel shall be convened pursuant to MCR 7.215(J) to resolve the
conflict between this case and *Apsey v Mem Hosp (On Reconsideration)*,
266 Mich App 666; 702 NW2d 870 (2005).

The Court further orders that parts C and D of the opinion in this
case, which address the out-of-state notary requirements for an affidavit
of merit in a medical malpractice claim, are vacated. MCR 7.215(J)(5).

Appellant may file a supplemental brief within 21 days of the Clerk's
certification of this order. Appellee may file a supplemental brief within
21 days of the service of appellant's brief. Nine copies must be filed with
the Clerk of the Court.

*Order Entered February 23, 2007:*

WHITE V BARBARA ANN KARMANOS CANCER INSTITUTE, Docket No.
270320. The Court orders that a special panel shall be convened pursuant
to MCR 7.215(J) to resolve the conflict between this case and *Apsey v Mem
Hosp (On Reconsideration)*, 266 Mich App 666; 702 NW2d 870 (2005), lv
pending 474 Mich 1135 (2006). Further, this case shall be consolidated with
*Kaczynski v Anderson*, 274 Mich App 49; 731 NW2d 442 (2007), conflict
certified and special panel convened 274 Mich App 801 (2007).

The Court further orders that the opinion in this case is vacated in its
entirety. MCR 7.215(J)(5).

Appellants may file a supplemental brief within 21 days of the Clerk's
certification of this order. Appellees may file a supplemental brief within
21 days of the service of appellants' brief. Nine copies must be filed with
the Clerk of the Court.